# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 10/17/2026 |
| Case: 26−11521−KBO | Form ID: van043 | Total: 67 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| tr | Jami Nimeroff | nimeroff@dech7trustee.com |
| aty | Hannah J McCollum | hannah.mccollum@usdoj.gov |
| aty | Jami Nimeroff | nimeroff@dech7trustee.com |
| aty | Kevin S. Mann | kmann@crosslaw.com |
| aty | Mark E. Felger Esq. | mfelger@cozen.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db River City Realty Fund LLC 490 Wheeler Road Suite 150 Hauppauge, NY 11788
21399909 AMS Strategic Investments LLC 2600 E Southlake Blvd. Ste 120−430 Southlake, TX 76092
21399906 Ali Chunara 9137 Briar Forest Drive Houston, TX 77024
21399907 Alice Hypes 1612 Kanawha Blvd. East Charleston, WV 25311
21399908 American Savings Life Insurance 935 E. Main Street, #100 Mesa, AZ 85203
21399913 BSL Investments LLC 3780 William Penn Hwy Monroeville, PA 15146
21399910 Bhavin Patel Realty Trust 2 Silver Linden Lane Worcester, MA 01605
21399911 Billy L. Woodward 1633 Chico River Rd Chico, CA 95928
21399912 Bruce Thomas 1718 Capital Ave Cheyenne, WY 82001
21399914 Charles R. Myers 20113 Tontogany Rd Bowling Green, OH 43402
21399915 Chirag Patel 2 Mill Hill Street Randolph, MA 02368
21399916 Christopher B. Mendoza 1145 Countrywood Lane Vista, CA 92081
21399917 Christopher Bainer 830 Plumeria St San Marcos, CA 92069
21399918 Crowdvest LLC 490 Wheeler Rd., Suite 150 Hauppauge, NY 11788
21399919 Dennis E. Royster 821 Academy Ave Matteson, IL 60443
21400089 Department of Labor Division of Unemployment Insurance P.O. Box 9953 Wilmington, DE 19809
21399920 Dhruti Patel 10412 Monterosa Place Manassas, VA 20110
21399921 Divyesh Patel 20912 Siena Lake Rd Land O Lakes, FL 34638
21399922 Harbor Homes Realty LLC 9643 Mill Hill Lane St. Louis, MO 63127
21399923 Harvey W. Popp Po Box 283 Garwood, TX 77442
21399924 Hemal R. Patel 24185 Statesboro Place Ashburn, VA 20148
21399925 Hetalben Patel 7430 Tanyard Knoll Lane Glen Burnie, MD 21060
21399926 Jaffer Mobeen 778 Deer Park Rd Dix Hills, NY 11746
21399927 James B. Deal 1302 Hwy 98 East Columbia, MS 39429
21399928 Jason Franzman 309 6th Street Se Minneapolis, MN 55414
21399929 Jeremy Lay 607 Sierra Ridge Ave Pacific, MO 63069
21399930 Jignashu Patel 121 Martingale Dr Hollysprings, NC 27540
21399931 Jimmy Ponder 208 Acadia Woods Drive Thibodaux, LA 70301
21399932 Joseph H Schoffstall 285 Blue Mountain Rd Schuylkill Haven, PA 17972
21399933 Jtd Midtowne Investments, LLC 446 Valley Club Circle Little Rock, AR 72212
21399934 Kanchanben Patel 11989 Rayborn Creek Drive Manassas, VA 20109
21399935 Keith P. Walley 3113 Tremont Blvd Bargersville, IN 46106
21399936 Kenneth Hobbs 3 Monet Ct Rancho Mirage, CA 92270
21399937 Law Offices of Susan E. Hauser PC 64 Route 25A PO Box 465 Shoreham, NY 11786
21399938 Matthew Cavanna 478 County Road 308 Seminole, TX 79360
21399939 Miten Patel 3240 Hawksbill St Sw Concord, NC 28027
21399940 Mohamed Ali Sadeia 43 Summerfield Place Staten Island, NY 10303
21399941 Navin Patel 7444 Tanyard Knoll Lane Glen Burnie, MD 21060
21399942 Nickolas Vrionis 22181 Alderney Ct Los Altos, CA 94024
21399943 Nima Pedram 8383 Wilshire Blvd. Ste 1024 Beverly Hills, CA 90211
21399944 Onecorp LLC 1593 Charleston Dr Monroe, NJ 08831
21399945 Paykin Law 99 Tulip Avenue Suite 408 Floral Park, NY 11001
21399946 Pramod Poojary 5245 Morningview Dr Hoffman Estates, IL 60192
21399947 Prasad Vindla 6513 Fall River Drive San Jose, CA 95120
21399949 Rajendra Patel 10100 Makelys Way Manassas, VA 20110
21399948 Rajendra Patel 76 John Ewer Road Sandwich, MA 02563
21399950 River City Realty Fund CV LLC 490 Wheeler Rd. Ste 150 Hauppauge, NY 11788
21399951 Robyn Consulting Group 1126 SW 147th Ave Pembroke Pines, FL 33027
21399952 Shmuel Baror 100 Barclay St. Apt. 16S New York, NY 10007
21399953 Sonalben A. Patel 352 Stone Mill Dr Brunswick, GA 31520
21400088 State of Delaware Division of Revenue 820 N. French Street, 8th Floor Wilmington, DE 19801−0820
21399954 Steve Spencer 341 Braid Drive Mount Juliet, TN 37122
21399955 The A&P Family Trust 11989 Rayborn Creek Drive Manassas, VA 20109
21399956 Tracey Thomas 1718 Capitol Ave Cheyenne, WY 82001
21399957 Travis Brandow 2231 Dawson Cabin Road, lot 12 Jacksonville, NC 28540
21399958 Tyler S. Thomas 1718 Capital Ave Cheyenne, WY 82001

| | | | |
|---|---|---|---|
| 21399959 | Van Equity Trust Co. Fbo Van Nguyen | 3732 Presidential Drive | Palm Harbor, FL 34685 |
| 21399960 | Vincente Gamboa | 11265 Pardee Rd | Taylor, MI 48180 |
| 21399961 | Vipin R. Lohiya | 108 Century Park Pl | Peachtree City, GA 30269 |
| 21399962 | Viraj M. Patel | 9697 Anjou Ct | Manassas, VA 20110 |
| 21399963 | Wisdom Investing LLC | 5527 Strawbridge Terrace | Sykesville, MD 21784 |

TOTAL: 61